August 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

EDDIE ROY TAYLOR, Appellant

NO. 14-13-00669-CV                                    V.

JANICE RENEE TAYLOR BRIDGES, Appellee

_____

This cause, an appeal from the order of dismissal for want of prosecution of appellant Eddie Roy Taylor's divorce petition, signed June 28, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the dismissal. The order of dismissal for want of prosecution of the court below is **AFFIRMED**.

We further order this decision certified below for observance.